B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of Texas

In re 2000 ST. JAMES PLACE, L.P.,
Debtor

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Reliant Energy P.O. Box 1532 Houston, TX 77002 | (800) 316-1558 | Trade debt | | $43,712.20 |
| Insurance Alliance 1776 Yorktown, Suite 200 Houston, TX 77056 | (713) 966-1776 | Trade debt | | $14,475.41 |
| Ziegler Cooper 600 Travis, Suite 1200 Houston, TX 77002 | (713)374-0000 | Trade debt | | $13,884.20 |

1

| | | | | |
|---|---|---|---|---|
| SBM Site Services LLC<br>5241 Arnold Avenue<br>McClellan, CA 95652 | (916) 922-3300 | Trade debt | | $11,889.38 |
| ERS<br>P.O. Box 11037<br>Houston, TX 77293 | (281) 987-8252 | Trade debt | | $10,194.88 |
| City of Houston-Water Department<br>P.O. Box 1560<br>Houston, TX 77251 | (713) 371-1400 | Trade debt | | $7,596.94 |
| Western Horticultural Services<br>11535 Charles Rd.<br>Houston, TX 77041-2434 | (713) 849-2045 | Trade debt | | $6,267.66 |
| Nalco<br>P.O. Box 730005<br>Dallas, TX 75373-0005 | (800) 288-0879 | Trade debt | | $4,023.22 |
| SimplexGrinnell District #430<br>8323 N. Eldridge Parkway<br>Houston, TX 77041 | (281) 671-3300 | Trade debt | | $3,393.76 |
| Konica Minolta<br>One Deerwood<br>10201 Centurion Parkway N.<br>Suite 100<br>Jacksonville, FL 32258 | (877) 451-1731 | Trade debt | | $2,797.96 |
| REMC<br>P.O. Box 868046<br>Plano, TX 75086 | (800) 784-0017 | Trade debt | | $1,704.00 |

| | | | | |
|---|---|---|---|---|
| American Elevator Inspections<br>15201 East Freeway, Suite 110<br>Channelview, TX 77530 | (281) 457-1700 | Trade debt | | $1,580.00 |
| AT&T<br>P.O. Box 5001<br>Carol Stream, IL 80197-5001 | (800) 924-1743 | Trade debt | | $1,550.69 |
| Logix Communications<br>P.O. Box 3608<br>Houston, TX 77253-3608 | (800) 444-0258 | Trade debt | | $1,321.90 |
| Environmental Coalition, Inc.<br>P.O. Box 1568<br>Stafford, TX 77497-1568 | (281) 438-1500 | Trade debt | | $1,375.70 |
| Envirotest<br>3902 Braxton<br>Houston, TX 77063 | (713) 782-4411 | Trade debt | | $1,295.00 |
| Sprint Customer Service<br>P.O. Box 8077<br>London, KY 40742 | Customer Service<br>(800) 639-6111 | Trade debt | Disputed | $1,059.00 |
| Interiorscapes of Houston, Inc.<br>P.O. Box 218023<br>Houston, TX 77218 | (281) 933-0470 | Trade debt | | $812.60 |
| Kele, Inc.<br>P.O. Box 1000, Dept. 77<br>Memphis, TN 38148-0077 | Dianna Baker<br>(901) 937-4953 | Trade debt | | $774.95 |

| Abiti-Consolidated Corporation 616 FM 1960, Suite 800 Houston, TX 77090 | (800) 874-1301 | Trade debt | | $231.04 |
|---|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Dougal A. Cameron, IV, manager of 2000 St. James Place GP, L.L.C., a Texas limited liability company, general partner of 2000 St. James Place, L.P., a Texas limited partnership, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of 20 Largest Creditors and that it is true and correct to the best of my information and belief.

Date: 2/1/10

Dougal A. Cameron, IV
Manager
2000 St. James Place GP, L.L.C.,
General Partner of 2000 St. James Place, L.P.