IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2000 ST. JAMES PLACE, L.P., | § | CASE NO. 10-30993-H3-11 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead") appears on behalf of Wachovia Bank, National Association ("Wachovia"), and hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon Winstead at the following address:

> Joseph G. Epstein
> WINSTEAD PC
> 600 Travis Street
> Suite 1100
> Houston, Texas 77002
> Telephone: (713) 650-2740
> Facsimile: (713) 650-2400
> jepstein@winstead.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

Respectfully submitted,

**WINSTEAD PC**
600 Travis Street
Suite 1100
Houston, Texas 77002
(713) 650-2740 (telephone)
(713) 650-2400 (facsimile)

By: _____/s/ Joseph G. Epstein_____
     Joseph G. Epstein
     Texas Bar No. 06639320
     S. D. Tex. No. 11733

**ATTORNEYS FOR WACHOVIA BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2010, a true and correct copy of the foregoing Notice of Appearance was sent by United States first class mail, postage prepaid, and properly addressed, to the parties listed below:

### DEBTOR

2000 St. James Place, L.P.
811 Rusk, Suite 1150
Houston, Texas 77002

### DEBTOR'S COUNSEL

Adrian S. Baer
Cordray Wagner Schneller
3306 Sul Ross
Houston, Texas  77098

### UNITED STATES TRUSTEE

U. S. Trustee
Office of US Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas  77002

/s/ Joseph G. Epstein
One of Counsel

Houston_1\1049928\1
15783-195 2/2/2010