B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Southern District of Texas

In re  2000 St. James Place, L.P. ,
        Debtor

Case No.  10-30993-H3-11

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 10,400,000.0 | | |
| B - Personal Property | Y | 5 | $ 269,532.31 | | |
| C - Property Claimed as Exempt | N | 0 | | | |
| D - Creditors Holding Secured Claims | Y | 2 | | $ 26,299,738.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 6 | | $ 1,041,404.54 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | N | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | N | 0 | | | $ 0.00 |
| TOTAL | | 19 | $ 10,669,532.31 | $ 27,341,142.58 | |

B6A (Official Form 6A) (12/07)

In re __2000 St. James Place, L.P._____,          Case No. ___10-30993_____
               **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real property described in Ex. A-1 and all improvements located on it. | Fee simple | N | 10,400,000.00 | 26,299,738.04 |
| | | Total▶ | 10,400,000.00 | |

(Report also on Summary of Schedules.)

## EXHIBIT A-1

(Legal Description)

A tract of land containing 6.236 acres being part of and out of Unrestricted Reserve "B" of SAN FELIPE GREEN, a subdivision of land as shown on map or plat recorded in Volume 175, Page 92 of the Harris County Map Records, in Houston, Harris County, Texas; said 6.236 acres being more particularly described by metes and bounds as follows:

BEGINNING at the Southeast corner of the herein described tract, on the southerly line of said SAN FELIPE GREEN, and being located North 89 degrees 40 minutes 30 seconds West, a distance of 474.80 feet (deed call 475.00 feet) from the Southeast corner of said SAN FELIPE GREEN, from which a found ½-inch iron rod bears witness at South 65 degrees 12 minutes 56 seconds West, a distance of 0.46 feet;

THENCE, North 89 degrees 40 minutes 30 seconds West, along the southerly line of said Unrestricted Reserve "B", for a distance of 647.80 feet to the Southwest corner of said SAN FELIPE GREEN, from which a 6 foot high Chain Link Fence Corner Post bears witness at North 36 degrees 59 minutes 20 seconds East, a distance of 1.21 feet.

THENCE, North 00 degrees 11 minutes 37 seconds East, along the westerly line of said Unrestricted Reserve "B", for a distance of 406.37 feet to the Northwest corner of the herein described tract, from which a found 5/8 inch rod bears witness at North 24 degrees 27 minutes 43 seconds East, a distance of 0.28 feet;

THENCE, South 89 degrees 59 minutes 30 seconds East, for a distance of 304.99 feet to a ½-inch iron rod found marking an angle point;

THENCE, North 56 degrees 43 minutes 24 seconds East, for a distance of 169.49 feet to a ½-inch iron rod found marking the most Northerly corner of the herein described tract, on the westerly line of St. James Place (an 80 foot wide street);

THENCE in a general southeasterly direction, along the westerly line of St. James Place, being a curve to the left having a radius of 340.00 feet and a central angle of 42 degrees 41 minutes 00 seconds, for a distance of 253.29 feet (chord bears South 54 degrees 37 minutes 07 seconds East, a distance of 247.47 feet) to a ½-inch iron rod found for corner;

THENCE, South 00 degrees 19 minutes 30 seconds West, for a distance of 359.71 feet to the POINT OF BEGINNING, of a tract containing 6.236 acres of land.

B 6B (Official Form 6B) (12/07)

In re 2000 St. James Place, L.P. _____ ,          Case No. 10-30993 _____
                    **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | N | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wachovia Bank checking account # 200 001 929 1280 | N | 725.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | CenterPoint-$10,400.00 City of Houston Water-$9,130.00 | N | 19,530.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | N | | N | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | N | |
| 6. Wearing apparel. | N | | N | |
| 7. Furs and jewelry. | N | | N | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | N | | N | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | N | |
| 10. Annuities. Itemize and name each issuer. | N | | N | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | N | | N | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re 2000 St James Place, L P. _____ ,          Case No.   10-30993 _____
          **Debtor**                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | N | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | N | |
| 14. Interests in partnerships or joint ventures. Itemize | N | | N | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | N | |
| 16. Accounts receivable. | N | | N | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | N | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | N | | N | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | N | | N | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | N | | N | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | N | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  2000 St. James Place, L.P._____,     Case No.  10-30993_____
                 **Debtor**                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | N | | N | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | N | | N | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | N | | N | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | N | | N | |
| 26. Boats, motors, and accessories. | N | | N | |
| 27. Aircraft and accessories. | N | | N | |
| 28. Office equipment, furnishings, and supplies. | | 500 used desks, 200 used cubicles, 200 used file cabinets | N | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Exhibit B-29 | | 249,859.19 |
| 30. Inventory. | N | | N | |
| 31. Animals. | N | | N | |
| 32. Crops - growing or harvested. Give particulars. | N | | N | |
| 33. Farming equipment and implements. | N | | N | |
| 34. Farm supplies, chemicals, and feed. | N | | N | |
| 35. Other personal property of any kind not already listed. Itemize. | N | | N | |

_____ 2 _ continuation sheets attached     Total ▶   $        269,532.31

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

EXHIBIT B-29



| Asset Desc | Manufacturer | Net Book Value |
|---|---|---|
| TIME LAPSE VIDEO RECORDER - SECURITY | MITSUBISHI | 833.28 |
| TIME LAPSE RECORDER | SANYO | 0.00 |
| USB ID Camera | | 3,842.16 |
| PORTABLE RADIO SYS | MOTOROLA | 0.00 |
| DIGITAL PHOTO ID IMAGING SYSTEM | IPI | 129.61 |
| 29 HID Prox Card Readers | | 9,051.62 |
| CCURE Security System HOUSTON | | 9,259.28 |
| DIGITAL RECORDER & 21IN COLOR MONITOR | KALATEL | 7,766.79 |
| 2-WAY RADIO SYSTEM | MOTOROLA | 0.00 |
| WOW Access Cntl/Emergency Exlt Stm | | 11,871.81 |
| SECURITY CAMERAS | | 0.00 |
| SECURITY MANAGEMENT SYSTEM - CCURE 800 | SECURITY CONTROL | 18,719.62 |
| Fargo Pinter- houston | | 1,909.00 |
| | | 63,183.17 |

B 6D (Official Form 6D) (12/07)

In re  2000 St. James Place, L.P.                ,          Case No.  10-30993
                    **Debtor**                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Redus TX Properties, LLC c/o Joseph Epstein, 600 Travis, Suite 1100 Houston, TX 77002 | y | n | 10/10/2007, Deed of Trust, 2000 St James Place building  VALUE $ | | | | 26,277,761.27 | 15,877,761.27 |
| ACCOUNT NO. San Felipe Green c/o Transwestern 5555 San Felipe, Ste 110 Houston, TX 77056 | | | Restrictions and Covenants, lien 2000 St. James Place real prop.  VALUE $ | | | | 1,496.59 | 0.00 |
| ACCOUNT NO. TX Comptroller Bankruptcy Section P.O. Box 13528 Austin, TX 78711-3528 | | n | 2009 franchise taxes; tax lien; all property of debtor  VALUE $ | | | | 20,840.18 | 0.00 |
| _0_ continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $ 26,299,738.04 | $ 15,877,761.27 |
| | | | Total ► (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont

2

In re   2000 St. James Place, L.P.                ,      Case No.   10-30993
     **Debtor**               **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tax Assessor <br> P. O. Box 4663 <br> Houston, TX 77002 | y | n | 2010 property taxes; tax lien; 2000 St. James Place real property <br><br> VALUE $ | | | | unknown | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br> VALUE $ | | | | | |

Sheet no _____ of _0_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

         Subtotal (s)► <br> (Total(s) of this page)      $         $

          Total(s) ► <br> (Use only on last page)   $   26,299,738.04   $   15877761.27

                   (Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re   2000 St. James Place, L.P.                     ,          Case No.   10-30993-H3-11
                         **Debtor**                                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re __2000 St. James Place, L.P._____ ,        Case No.__10-30993-H3-11_____
                    **Debtor**                                              **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


___1___   continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont

In re  2000 St. James Place, L.P.                     ,          Case No.  10-30993-H3-11
_____                              _____
           **Debtor**                                                         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ | $ | |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B 6F (Official Form 6F) (12/07)

In re 2000 St James Place, L.P.,                                     Case No.  10-30993
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims
without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number
of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.
If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A B., a minor
child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include
claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include
the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the
husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column
labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column
labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in
more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report
this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on
the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above )* | Codebtor | Husband, Wife, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contin-gent | Unli-quida-ted | Dispu-ted | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 135556<br>Abitibi Consolidated Corp.<br>616 FM 1960 West, Suite 800<br>Houston, TX 77090 | N/A | N/A | Rental fee | | | | $231.04 |
| ACCOUNT NO.<br>American Elevator Inspections<br>15201 East Freeway, Suite 110<br>Channelview, TX 77530 | N/A | N/A | Elevator inspections | | | | $1,580.00 |
| ACCOUNT NO. 8323333200025257<br>AT&T<br>P.O. Box 5001<br>Carol Stream, IL 80197-5001 | N/A | N/A | Telephone and internet service | | | | $1,550.69 |
| ACCOUNT NO.<br>Dougal A. Cameron, IV<br>811 Rusk, Suite 1150<br>Houston, TX 77002 | N/A | N/A | Guaranty of bank debt | X | | | $14,000,000.00 |
| | | | | | | Subtotal | $14,003,361.73 |
| | | | | | | | $ |

___5___ continuation sheets attached

                                                                Total
                                        (Use only on last page of the completed Schedule F )
                        (Report also on Summary of Schedules and, if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data )

In re 2000 St. James Place, L.P.,                                                    Case No.  10-30993
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | Codebtor | Husband, Wife, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contin-gent | Unli-quida-ted | Dispu-ted | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cameron Interests Limited Partnership <br> 811 Rusk, Suite 1150 <br> Houston, TX 77002 | N/A | N/A | Expenses paid pursuant to management agreement | | | | $254,870 31 |
| ACCOUNT NO. <br> Cameron Interests Limited Partnership <br> 811 Rusk, Suite 1150 <br> Houston, TX 77002 | N/A | N/A | Unsecured loan to debtor relating to payment of fees incurred in renewing secured debt owed to Wachovia Bank, assigned to REDUS TX PROPERTIES, LLC | | | | $699,765 26 |
| ACCOUNT NO. 7208617-6 <br> Centerpoint Energy <br> P O Box 2628 <br> Houston, TX 77252 | N/A | N/A | Gas utility service | | | | $95 81 |
| ACCOUNT NO. 5403-1951-1171 <br> City of Houston-Water Department <br> P O Box 1560 <br> Houston, TX 77251 | N/A | N/A | Water and sewer utility service | | | | $7,596 94 |
| ACCOUNT NO. <br> Environmental Coalition, Inc <br> P O Box 1568 <br> Stafford, TX  77497-1568 | N/A | N/A | Pest control service | | | | $1,375 70 |

Sheet no ___1___ of___5___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'                                      $963,699 02

Total'   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re 2000 St. James Place, L.P.,                                    Case No.  10-30993
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | Codebtor | Husband, Wife, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contin-gent | Unli-quida-ted | Dispu-ted | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Envirotest<br>3902 Braxton<br>Houston, TX 77063 | N/A | N/A | Asbestos abatement plan | | | | $1,295 00 |
| ACCOUNT NO.<br>ERS<br>P O  Box 11037<br>Houston, TX 77293 | N/A | N/A | Elevator maintenance | | | | $10,194.88 |
| ACCOUNT NO.  RMP2082516061<br>Insurance Alliance<br>1776 Yorktown, Suite 200<br>Houston, TX 77056 | N/A | N/A | Casualty insurance premium | | | | $14,475 41 |
| ACCOUNT NO.<br>Interiorscapes of Houston, Inc<br>P O  Box 218023<br>Houston, TX 77218 | N/A | N/A | Interior landscaping | | | | $812.60 |
| ACCOUNT NO.<br>Kele, Inc<br>P O  Box 1000, Dept  77<br>Memphis, TN 38148-0077 | N/A | N/A | Automation supply | | | | $774 95 |

Sheet no ___2___ of ___5___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'                      $27,552 84

Total'        $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re 2000 St. James Place, L.P.,                                    Case No.  10-30993
              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | Codebtor | Husband, Wife, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contin-gent | Unli-quida-ted | Dispu-ted | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 061-006201-000<br>Konica Minolta<br>One Deerwood<br>10201 Centurion Parkway N<br>Suite 100<br>Jacksonville, FL 32258 | N/A | N/A | Lease payments under copier lease | | | | $2,797 96 |
| ACCOUNT NO. 43786260.<br>Logix Communications<br>P O  Box 3608<br>Houston, TX 77253-3608 | N/A | N/A | Internet service | | | | $1,321 90 |
| ACCOUNT NO.<br>Middleman Messenger<br>20501 Katy Freeway<br>Katy, TX 77450-1942 | N/A | N/A | Messenger service | | | | $13 00 |
| ACCOUNT NO. 150153909<br>Nalco<br>P O  Box 730005<br>Dallas, TX 75373-0005 | N/A | N/A | Water treatment chemicals | | | | $4,023 22 |
| ACCOUNT NO. 7 043 585 4<br>Reliant Energy<br>P O  Box 1532<br>Houston, TX 77002 | N/A | N/A | Electric service | | | | $12,937 74 |
| Sheet no ___3___ of __5____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal' | $21,093 82 |
| | | | | | | Total' (Use only on last page of the completed Schedule F ) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data ) | $ |

In re 2000 St. James Place, L.P.,                                    Case No.  10-30993
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | Codebtor | Husband, Wife, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contin-gent | Unli-quida-ted | Dispu-ted | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. REMC P O Box 868046 Plano, TX 75086 | N/A | N/A | Video tour license | | | | $1,704 00 |
| ACCOUNT NO SBM Site Services LLC 5241 Arnold Avenue McClellan, CA 95652 | N/A | N/A | Cleaning service | | | | $11,889 38 |
| ACCOUNT NO.  648528 SimplexGrinnell District #430 8323 N  Eldridge Parkway Houston, TX 77041 | N/A | N/A | Security service | | | | $3,393 76 |
| ACCOUNT NO. 482815107 Sprint Customer Service P O Box 8077 London, KY 40742 | N/A | N/A | Cell phone service | | | | $817 14 |
| ACCOUNT NO. Western Horticultural Services 11535 Charles Rd Houston, TX 77041-2434 | N/A | N/A | Exterior landscaping | | | | $6,267 66 |

Sheet no __4____ of __5____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'                 $24,071 94

Total'
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re 2000 St. James Place, L.P.,                                    Case No.  10-30993
           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | Codebtor | Husband, Wife, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contin-gent | Unli-quida-ted | Dispu-ted | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3131003<br>Ziegler Cooper<br>600 Travis, Suite 1200<br>Houston, TX 77002 | N/A | N/A | Design services | | | | $13,884 20 |
| ACCOUNT NO | N/A | N/A | | | | | |
| ACCOUNT NO. | N/A | N/A | | | | | |
| ACCOUNT NO. | N/A | N/A | | | | | |
| ACCOUNT NO. | N/A | N/A | | | | | |

Sheet no ___5___ of___5___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

$13,884 20

Total'
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

$1,041,404 54

B 6G (Official Form 6G) (12/07)

In re  2000 St. James Place, L.P.                    ,          Case No.  10-30993-H3-11
              **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Abitibi-Consolidated Corporation<br>616 FM 1960 West, Suite 800<br>Houston, TX 77090 | Commercial Recycling Agreement dated as of January 29, 2008. Debtor purchases collection services and rents recycling containers from counterparty for use in 2000 St. James Place office building. |
| Cameron Interests Limited Partnership<br>811 Rusk, Suite 1150<br>Houston, TX 77002 | Management Agreement dated 10/2007 in which counterparty provides management services for the 2000 St. James building including accounting, mainenance and repair, leasing and tenant relations, and purchasing of services and supplies. |
| Konica Minolta<br>1 Deerwood, 10201 Centurion Pkwy N. Ste. 100<br>Jacksonville, FL 32258 | Copier lease |
| Reliant Energy<br>P.O. Box 1532<br>Houston, TX 77002 | Electricity Sales Agreement in which Debtor purchases electricity. |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re   2000 St. James Place, L.P. _____ ,
                **Debtor**

Case No.   10-30993 _____
                  **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors  Include all guarantors and co-signers  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dougal A. Cameron, IV<br>811 Rusk, Suite 1150<br>Houston, TX 77002 | Redus TX Properties, LLC<br>c/o Joseph Epstein<br>Winstead<br>600 Travis, Suite 1100, Houston, TX 77002 |
| 2000 St. James Place GP, L.L.C.<br>811 Rusk, Suite 1150<br>Houston, TX 77002 | All creditors of Debtor |

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re   2000 St. James Place, L.P.     ,                    Case No.   10-30993-H3-11
                    Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  20  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                            Debtor

Date _____          Signature: _____
                                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                                 (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X_____          _____
  Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Manager  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Limited Partnership  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  20  sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date   2/ 15 /10          Signature: _____
                                                         DOUGLAS A. CAMERON IV
                                                         [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.